IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TROY COVEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CV 424-032 |
| v. | * | |
| | * | |
| COURTNEY BUNTIN VICTOR, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

O R D E R

Before the Court are Plaintiff's notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant Catherine Kerley (Doc. 17) and Plaintiff's stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) as to Defendant Courtney Buntin Victor d/b/a Glow Medspa and DOES 1-10 (Doc. 18).

Upon due consideration, the Court **GRANTS** both motions (Docs. 17, 18). The stipulation states all matters in controversy have been fully settled, compromised, and adjorned. (Doc. 18, at 1.) **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees, unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA